UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 10-27543-SPS
§
TRACY L COPELAND §
§
§
§
Debtor(s) §

# NOTICE OF TRUSTEE'S FINAL REPORT AND
# APPLICATION FOR COMPENSATION
# AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/11/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/14/2011           By:   /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-27543-SPS |
| | § | |
| TRACY L COPELAND | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $6,501.20
*and approved disbursements of*     $5.22
*leaving a balance on hand of[1]:*     $6,495.98

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $6,495.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,400.12 | $0.00 | $1,400.12 |
| David Leibowitz, Trustee Expenses | $12.38 | $0.00 | $12.38 |

Total to be paid for chapter 7 administrative expenses:     $1,412.50
Remaining balance:     $5,083.48

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Remaining balance: $5,083.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $5,083.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,524.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Title Lenders, Inc. | $2,302.13 | $0.00 | $1,015.50 |
| 2 | Capstone Financial, LLC, Assignee of Chase | $726.98 | $0.00 | $320.68 |
| 3 | PRA Receivables Management, LLC/ Best Buy Co. | $546.05 | $0.00 | $240.87 |
| 4 | Capital Recovery III LLC/ Citi Bank Sears Gold Card | $7,298.29 | $0.00 | $3,219.36 |
| 5 | Capital Recovery III LLC, Citi Bank Sears Premier Card | $650.79 | $0.00 | $287.07 |

Total to be paid to timely general unsecured claims: $5,083.48
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-27543-SPS
Tracy L Copeland                                                            Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 1              Date Rcvd: Apr 15, 2011
                               Form ID: pdf006             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
```
db            +Tracy L Copeland,    1440 Yellowstone Drive,    Streamwood, IL 60107-4500
aty            David P Liebowitz,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty           +John P Carlin,    Chang & Carlin,    1305 Remmington Road; Suite C,    Schaumburg, IL 60173-4820
tr            +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
15735341     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:   Chase,    Po Box 1093,    Northridge, CA 91328)
15735340      +Capstone Financial, LLC,    c/o The Albert Law Firm,    205 W. Randolph St., Suite 920,
               Chicago, IL 60606-1814
15735342      +Citibank,    c/o Blatt, Hasenmiller, Leibsker &,    125 South Wacker Dr., Suite 400,
               Chicago, IL 60606-4440
15735343      +Geico,    One Geico Center,    Macon, GA 31296-0001
15735344      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15735346      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
15735347     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
16340855      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Best Buy Co Brand,    POB 41067,    Norfolk VA 23541-1067
15735349      +Short Term Loans,    698-A S. Barrington Rd.,    Streamwood, IL 60107-1841
15735351      +The Payday Loan Store,    7300 N Barrington Road,    Hanover Park, IL 60133-3301
15735352      +Title Lenders, Inc.,    7450 Barrington Rd.,    Hanover Park, IL 60133-2240
15735338       blatt, hasenmiller, lebsker & moore,    125 s. Wacker Dr #400,    Chicago, IL 60606-4440
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15735339      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2011 00:10:08      Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16362467       E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2011 00:15:12      Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15735348       E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2011 00:15:17      Capital Recovey III LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
15735345      +E-mail/Text: resurgentbknotifications@resurgent.com Apr 15 2011 22:02:30      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
15735350      +E-mail/Text: JIM@WSCEINC.COM Apr 15 2011 22:05:55       Short Term Loans,    1400 E. Touhy Ave.,
               Unit 108,    Des Plaines, IL 60018-3338
                                                                                              TOTAL: 5
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**                    **Signature:**    _/s/ Joseph Speetjens_