UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-27543-SPS |
|---|---|---|
| | § | |
| TRACY L COPELAND | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $136,093.00 | Assets Exempt: | $28,701.00 |
| Total Distributions to Claimants: | $5,083.85 | Claims Discharged Without Payment: | $36,549.39 |
| Total Expenses of Administration: | $1,417.72 | | |

3)   Total gross receipts of $6,501.57 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,501.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $292,072.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,417.72 | $1,417.72 | $1,417.72 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $36,436.55 | $11,524.24 | $11,524.24 | $5,083.85 |
| **Total Disbursements** | $328,508.55 | $12,941.96 | $12,941.96 | $6,501.57 |

4).    This case was originally filed under chapter 7 on 06/18/2010.  The case was pending for 14 months.

5).    All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).    An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011            By:    /s/ David P. Leibowitz
                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer | 1241-000 | $6,500.00 |
| Interest Earned | 1270-000 | $1.57 |
| **TOTAL GROSS RECEIPTS** | | **$6,501.57** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $289,052.00 | NA | $0.00 | $0.00 |
| | Nissan Motor Acceptanc | 4110-000 | $3,020.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$292,072.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,400.12 | $1,400.12 | $1,400.12 |
| David Leibowitz, Trustee | 2200-000 | NA | $12.38 | $12.38 | $12.38 |
| International Sureties, Ltd | 2300-000 | NA | $5.22 | $5.22 | $5.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,417.72** | **$1,417.72** | **$1,417.72** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Title Lenders, Inc. | 7100-000 | $2,762.55 | $2,302.13 | $2,302.13 | $1,015.57 |
| 2 | Capstone Financial, LLC, Assignee of Chase | 7100-000 | $1,791.00 | $726.98 | $726.98 | $320.70 |
| 3 | PRA Receivables Management, LLC/ Best Buy Co. | 7100-900 | NA | $546.05 | $546.05 | $240.89 |
| 4 | Capital Recovery III LLC/ Citi Bank Sears Gold Card | 7100-900 | NA | $7,298.29 | $7,298.29 | $3,219.60 |
| 5 | Capital Recovery III LLC, Citi Bank Sears Premier Card | 7100-900 | $1,774.00 | $650.79 | $650.79 | $287.09 |
| | Capital One, N.a. | 7100-000 | $3,339.00 | NA | NA | $0.00 |
| | Capital One, N.a. | 7100-000 | $2,995.00 | NA | NA | $0.00 |
| | Capital One, N.a. | 7100-000 | $923.00 | NA | NA | $0.00 |
| | Citibank | 7100-000 | $2,286.00 | NA | NA | $0.00 |
| | Geico | 7100-000 | $2,388.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $1,851.00 | NA | NA | $0.00 |
| | Lvnv Funding Llc | 7100-000 | $7,199.00 | NA | NA | $0.00 |
| | Lvnv Funding Llc | 7100-000 | $642.00 | NA | NA | $0.00 |
| | Portfolio Rc | 7100-000 | $2,119.00 | NA | NA | $0.00 |
| | Portfolio Rc | 7100-000 | $559.00 | NA | NA | $0.00 |
| | Short Term Loans | 7100-000 | $1,292.00 | NA | NA | $0.00 |
| | The Payday Loan Store | 7100-000 | $4,516.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $36,436.55 | $11,524.24 | $11,524.24 | $5,083.85 |

**UST Form 101-7-TDR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-27543-SPS | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | COPELAND, TRACY L | | **Date Filed (f) or Converted (c):** | 06/18/2010 (f) |
| **For the Period Ending:** | 8/9/2011 | | **§341(a) Meeting Date:** | 08/06/2010 |
| | | | **Claims Bar Date:** | 11/09/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  1440 Yellowstone Drive, Streamwood, IL 60107 | $118,000.00 | $0.00 | OA | $0.00 | FA |
| 2  Checking account with Chase | $243.00 | $0.00 | DA | $0.00 | FA |
| 3  Misc used household goods | $900.00 | $800.00 | DA | $0.00 | FA |
| 4  used clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 5  Term life insurance through employer - no current cash value | $0.00 | $0.00 | DA | $0.00 | FA |
| 6  401K | $7,000.00 | $0.00 | DA | $0.00 | FA |
| 7  2004 Nissan Altima with 95k miles | $4,125.00 | $305.00 | DA | $0.00 | FA |
| 8  2002 toyota sequoia with 65k miles | $5,525.00 | $267.00 | DA | $0.00 | FA |
| 9  cat | $0.00 | $0.00 | DA | $0.00 | FA |
| 10  Fraudulent Transfer | $0.00 | $6,500.00 | DA | $6,500.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $1.57 | FA |

**TOTALS (Excluding unknown value)**                                                                                    **Gross Value of Remaining Assets**

| $136,093.00 | $7,872.00 | | $6,501.57 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

Assets Case - Debtor trades on the side, will need statements reflecting that. Also debtor gave friend Nevin Williams $8000.00 in May 2010. He lives in North Carolina and is in the Military. Need documentation (debtor claims it on bank statements)

Motion to compromise set for 11/3/10

TFR in progress

TFR Completed for Trustee's review.

TFR sent to Tom for Review.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/30/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 03/30/2011 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-27543-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | COPELAND, TRACY L | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4905 | | Checking Acct #: | ******7543 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/18/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2011 | | Transfer From: #******7543 | | 9999-000 | $6,496.35 | | $6,496.35 |
| 05/12/2011 | 3001 | David Leibowitz | Trustee Expenses | 2200-000 | | $12.38 | $6,483.97 |
| 05/12/2011 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,400.12 | $5,083.85 |
| 05/12/2011 | 3003 | Title Lenders, Inc. | Claim #: 1; Amount Claimed: 2,302.13; Amount Allowed: 2,302.13; Distribution Dividend: 44.11; | 7100-000 | | $1,015.57 | $4,068.28 |
| 05/12/2011 | 3004 | Capstone Financial, LLC, Assignee of Chase | Claim #: 2; Amount Claimed: 726.98; Amount Allowed: 726.98; Distribution Dividend: 44.11; | 7100-000 | | $320.70 | $3,747.58 |
| 05/12/2011 | 3005 | PRA Receivables Management, LLC/ Best | Claim #: 3; Amount Claimed: 546.05; Amount Allowed: 546.05; Distribution Dividend: 44.11; | 7100-900 | | $240.89 | $3,506.69 |
| 05/12/2011 | 3006 | Capital Recovery III LLC/ Citi Bank Sears Gold Card | Claim #: 4; Amount Claimed: 7,298.29; Amount Allowed: 7,298.29; Distribution Dividend: 44.11; | 7100-900 | | $3,219.60 | $287.09 |
| 05/12/2011 | 3007 | Capital Recovery III LLC, Citi Bank Sears Premier | Claim #: 5; Amount Claimed: 650.79; Amount Allowed: 650.79; Distribution Dividend: 44.11; | 7100-900 | | $287.09 | $0.00 |
| | | | **TOTALS:** | | $6,496.35 | $6,496.35 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6,496.35 | $0.00 | |
| | | | Subtotal | | $0.00 | $6,496.35 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $6,496.35 | |

| **For the period of 6/18/2010 to 8/9/2011** | | **For the entire history of the account between 05/12/2011 to 8/9/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,496.35 | Total Internal/Transfer Receipts: | $6,496.35 |
| | | | |
| Total Compensable Disbursements: | $6,496.35 | Total Compensable Disbursements: | $6,496.35 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,496.35 | Total Comp/Non Comp Disbursements: | $6,496.35 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-27543-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | COPELAND, TRACY L | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4905 | | Money Market Acct #: | ******7543 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/18/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/13/2010 | (10) | Tracy L. Copeland | settlement for Fraudulent transfer made to Nevin Williams | 1241-000 | $3,000.00 | | $3,000.00 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.06 | | $3,000.06 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.12 | | $3,000.18 |
| 12/13/2010 | (10) | Tracyl Copeland | | 1241-000 | $3,500.00 | | $6,500.18 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.21 | | $6,500.39 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.28 | | $6,500.67 |
| 02/04/2011 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $5.22 | $6,495.45 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.25 | | $6,495.70 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.28 | | $6,495.98 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.27 | | $6,496.25 |
| 05/12/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/12/2011 | 1270-000 | $0.10 | | $6,496.35 |
| 05/12/2011 | | Transfer To: #******7543 | | 9999-000 | | $6,496.35 | $0.00 |
| | | | TOTALS: | | $6,501.57 | $6,501.57 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $6,496.35 | |
| | | | Subtotal | | $6,501.57 | $5.22 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,501.57 | $5.22 | |

| For the period of 6/18/2010 to 8/9/2011 | | For the entire history of the account between 10/13/2010 to 8/9/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,501.57 | Total Compensable Receipts: | $6,501.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,501.57 | Total Comp/Non Comp Receipts: | $6,501.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5.22 | Total Compensable Disbursements: | $5.22 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.22 | Total Comp/Non Comp Disbursements: | $5.22 |
| Total Internal/Transfer Disbursements: | $6,496.35 | Total Internal/Transfer Disbursements: | $6,496.35 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 10-27543-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | COPELAND, TRACY L | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4905 | | Money Market Acct #: | ******7543 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/18/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2011 | | Transfer From: #******7543 | | 9999-000 | $6,496.35 | | $6,496.35 |
| 05/12/2011 | | Transfer To: #******7543 | | 9999-000 | | $6,496.35 | $0.00 |
| | | | **TOTALS:** | | $6,496.35 | $6,496.35 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6,496.35 | $6,496.35 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 6/18/2010 to 8/9/2011 | | For the entire history of the account between 05/12/2011 to 8/9/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,496.35 | Total Internal/Transfer Receipts: | $6,496.35 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,496.35 | Total Internal/Transfer Disbursements: | $6,496.35 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 10-27543-SPS | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | COPELAND, TRACY L | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4905 | | **Money Market Acct #:** | ******7543 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 6/18/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/9/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,501.57 | $6,501.57 | $0.00 |

| For the period of 6/18/2010 to 8/9/2011 | | For the entire history of the case between 06/18/2010 to 8/9/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,501.57 | Total Compensable Receipts: | $6,501.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,501.57 | Total Comp/Non Comp Receipts: | $6,501.57 |
| Total Internal/Transfer Receipts: | $12,992.70 | Total Internal/Transfer Receipts: | $12,992.70 |
| Total Compensable Disbursements: | $6,501.57 | Total Compensable Disbursements: | $6,501.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,501.57 | Total Comp/Non Comp Disbursements: | $6,501.57 |
| Total Internal/Transfer Disbursements: | $12,992.70 | Total Internal/Transfer Disbursements: | $12,992.70 |